1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WAYNE DESHOWN PERKINS,                     Case No.  2:20-cv-02169-JDP (PC)

12              Plaintiff,                       ORDER GRANTING PLAINTIFF'S MOTION
                                                 FOR A SECOND EXTENSION OF TIME
13         v.
                                                 ECF No. 14
14   NAY AUNG, *et al.*,

15              Defendants.

16

17         Plaintiff filed a motion for a second extension of time to file an amended complaint.

18   Good cause appearing, it is hereby ORDERED that:

19         1.  Plaintiff's motion for an extension of time, ECF No. 14, is granted.

20         2.  Plaintiff is granted thirty days from the date of this order in which to file an amended

21   complaint.

22

23   IT IS SO ORDERED.

24

     Dated:    July 21, 2021            _____
25
                                        JEREMY D. PETERSON
26                                      UNITED STATES MAGISTRATE JUDGE

27

28